ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 18 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL POSTAGE PREPAID, TO ALL COUNSEL Petitioner
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 3/18/14

_____
DEPUTY CLERK

JS-6 / Entered

FILED
CLERK, U.S. DISTRICT COURT

MAR 18 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX CARREON, | ) Case No. EDCV 13-0702-JVS (JPR) |
| Petitioner, | ) |
| | ) **J U D G M E N T** |
| vs. | ) |
| | ) |
| DAVID B. LONG, Warden, | ) |
| | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: 3.18.14

_____
JAMES V. SELNA
U.S. DISTRICT JUDGE